St. Clair Newbern, III
State Bar No. 14941000
Clayton L. Everett
State Bar No. 24065212
LAW OFFICES OF
ST. CLAIR NEWBERN, III, P.C.
1701 River Run, Suite 1000
Fort Worth, Texas 76107
Telephone: (817) 870-2647
Facsimile: (817) 335-8658
scniii@me.com
ATTORNEYS FOR DEBTOR
6889 01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | |
| RAINBOW EXOTICS, INC. | ) | CHAPTER 7 |
| aka RAINBOW WORLD EXOTICS | ) | |
| fdba ONE STOP AUTO | ) | |
| | ) | |
| DEBTOR | ) | CASE NO. 15-43313-MXM-7 |
| | ) | |

NOTES REGARDING SCHEDULE OF ASSETS AND LIABILITIES OF RAINBOW
EXOTICS, INC. aka RAINBOW WORLD EXOTICS AND fdba ONE STOP AUTO

These Notes Regarding Schedule Of Assets And Liabilities Of Rainbow Exotics, Inc. aka
Rainbow World Exotics And fdba One Stop Auto (the "Debtor") comprise an integral part of the
Debtor's Schedule of Assets and Liabilities and should be referred to and considered in
connection with any review of the Schedule of Assets and Liabilities.

GLOBAL NOTES REGARDING SCHEDULE OF ASSETS AND LIABILITIES:

The Debtor has endeavored to gather the information and documentation necessary to
provide full and complete disclosures as required in the Schedule of Assets and Liabilities
("Schedules"). However, the Debtor has experienced great difficulties in gathering such
information and documentation leading up to the filing of the Schedules for a number of reasons.

First, the Debtor's assets were seized by the lienholder on all the assets by use of an
unofficial and unauthorized Temporary Restraining Order for which the $1 million Bond had not

been posted. Lienholder, Jack Graham, assisted by the Sheriff of Hamilton County, Texas, using the TRO for which the $1 million Bond had not been posted, seized all of the Debtor's inventory, machinery, equipment, vehicles, computers, office furnishings as well as all bank statements and other documents that were left in the building on the day the TRO was served. The computers and the paperwork that was seized on August 13, 2015 contained the financial information needed to complete the Schedules and, although the information has been requested of the lienholder, he has failed and refused to turn over access to the Quickbooks program that was on the computer that was surrendered on August 13, 2015. The computer that was turned over to the first Chapter 7 Trustee was infected with malware and did not have the QuickBooks program used by the Debtor right up until the time of the seizure. Debtor believes the QuickBooks program was converted by the lienholder to an account under the name of one of his companies and the records may have to be obtained by subpoena.

For the foregoing reasons, the information in the Debtor's Schedules may require amendment. The Debtor will continue its efforts to locate and compile all information that must be disclosed in the Schedules. Should information requiring disclosure be discovered that is missing or incorrect in the Schedules, the Debtor will promptly amend the Schedules to disclose or correct any such information.

Respectfully submitted:

LAW OFFICES OF
ST. CLAIR NEWBERN, III
A Professional Corporation


By:__/s/St. Clair Newbern, III_____
      ST. CLAIR NEWBERN, III
State Bar No. 14941000
scniii@me.com
      CLAYTON L. EVERETT
State Bar No. 24065212
ceverett@newbernlawoffice.com
1701 River Run, Suite 1000
Fort Worth, Texas 76107
Telephone: (817) 870-2647
Facsimile: (817) 335-8658
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing via

first class mail, proper postage affixed or via ECF upon the following:

     John Dee Spicer
     Chapter 7 Trustee
     P.O. Box 820009
     North Richland Hills, TX 76182

and upon all those filing a Notice of Appearance:

     Diane W. Sanders
     Linebarger Goggan Blair & Sampson, LLP
     P.O. Box 17428
     Austin, TX 78760-7428
     (Attorneys for Hamilton CAD)

     Ethan Cartwright
     The Allen Firm, P.C.
     181 S. Graham Street
     Stephenville, TX 76401
     (Attorney for Jack Graham)

     Blake Rasner
     Haley & Olson, P.C.
     510 North Valley Mills Drive, Suite 600
     Waco, TX 76710
     (Attorney for First State Bank Central Texas)

Dated: November 30, 2015

        __/s/St. Clair Newbern, III_____
        ST. CLAIR NEWBERN, III
        CLAYTON L. EVERETT

B6A (Official Form 6A) (12/07)

In re  **Rainbow Exotics, Inc.**                              Case No    <u>15-43313-MXM-7</u>
                                                                         (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 4772 CR 105. Hamilton, TX<br>Debtor leased the above facility from Jack Graham | Leasehold | | $0 00 | $0 00 |
| 414 CR 504, Hamilton. TX<br>The above facility was leased from Jack Graham | Leasehold | | $0 00 | $0 00 |
| 635 N  Hwy  281, Hamilton, TX<br>The above facility was leased from Jack Graham | Leasehold | | $0 00 | $0 00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Rainbow Exotics, Inc.**                                        Case No   __15-43313-MXM-7__
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1  Cash on hand | | Petty cash | | $3.800 00 |
| 2  Checking. savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses. or cooperatives | | First State Bank of Central Texas Hamilton, TX Checking account #1035660786 On the date of filing, this account had approximately $120.000 on deposit  There were outstanding checks written to various vendors and IRS (for 941 taxes) in the approximate amount of $80,000  Debtor has been denied access to the account and has been unable to determine what has happened to the funds on deposit and the outstanding checks | | Unknown |
| | | First State Bank of Central Texas | | $100 00 |
| | | First State Bank of Central Texas | | $2.000 00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | | Security deposit with Hamilton County Electric Company | | $25 00 |
| 4  Household goods and furnishings. including audio, video and computer equipment | X | | | |
| 5  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6  Wearing apparel | X | | | |
| 7  Furs and jewelry | X | | | |
| 8  Firearms and sports, photographic. and other hobby equipment | X | | | |

B6B (Official Form 6B) (12/07) -- Cont

In re  **Rainbow Exotics, Inc.**                                    Case No  ___15-43313-MXM-7_____
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No  1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9  Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | | Automobile insurance through Andreini & Company - Debtor is owed approximately $70,000 in refunds for vehicles removed/cancelled from policy in late May, early June, 2015 | | $70,000 00 |
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in an education IRA as defined in 26 U S C  § 530(b)(1) or under a qualified State tuition plan as defined in 26 U S C  § 529(b)(1)  Give particulars  (File separately the record(s) of any such interest(s) 11 U S C  § 521(c) ) | X | | | |
| 12  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Give particulars | X | | | |
| 13  Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 14  Interests in partnerships or joint ventures  Itemize | X | | | |
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 16  Accounts receivable | | Accounts receivable from PetSmart  Debtor has several outstanding accounts receivable from PetSmart, upon information and belief, approximately $45,000 was wired into the Rainbow bank account on  18th of August | | $60,000 00 |

B6B (Official Form 6B) (12/07) -- Cont

In re  **Rainbow Exotics, Inc.**                                    Case No   **15-43313-MXM-7**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No  2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Debtor believes there is an additional $60,000 in outstanding receivables from PetSmart  Those receivables can not be collected until they are billed and the receipts for animals delivered were seized by Jack Graham on August 13, 2015 | |
| 17  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | |
| 18  Other liquidated debts owed to debtor including tax refunds  Give particulars | | February 24, 2015 automobile accident in Iowa should pay $15.000 in compensation<br>The insurance company won't pay until they are sent a signed title for the trailer | $15,000 00 |
| 19  Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | |
| 20  Contingent and noncontingent interests in estate of a decedent. death benefit plan, life insurance policy, or trust | X | | |
| 21  Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor. and rights to setoff claims   Give estimated value of each | | Multiple  causes of action against Jack Graham, yet to be determined or identified | Unknown |
| | | Multiple causes of action against Pet Smart, yet to be determined or identified | Unknown |
| | | Multiple causes of action against First State Bank of Central Texas, Hamilton, TX, yet to be determined or identified | Unknown |

B6B (Official Form 6B) (12/07) -- Cont

In re  **Rainbow Exotics, Inc.**                    Case No   **15-43313-MXM-7**
                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No  3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Debtor is owed approximately $221,953 51 from Jack Graham for money which was paid from the Debtor's bank accounts by Jack Graham after the business had been sold by Mr  Graham | | $221,953 51 |
| | | Multiple causes of action against Mark Henkes and the lawfirm of McMullen & Henkes  yet to be determined or identified | | Unknown |
| 22  Patents. copyrights, and other intellectual property  Give particulars | X | | | |
| 23  Licenses. franchises, and other general intangibles  Give particulars | X | | | |
| 24  Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25  Automobiles. trucks, trailers, and other vehicles and accessories | | All motor vehicles and accessories were repossessed by Jack Graham on August 13, 2015 by use of an unofficial Temporary Restraining Order for which the $1 million Bond had not been posted | | $0 00 |
| 26  Boats. motors. and accessories | X | | | |
| 27  Aircraft and accessories | X | | | |

B6B (Official Form 6B) (12/07) -- Cont

In re  **Rainbow Exotics, Inc.**                                    Case No     **15-43313-MXM-7** _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No  4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28  Office equipment, furnishings, and supplies | | Computers, printers, rolling chairs, computer desk. tables, refrigerator, small filing cabinet, large filing cabinet. laptop computer, bookshelf, AC window unit.XL metal shelving unit. plastic rubbermaid shelves, Printer/fax. office supplies, metal closet. nitrite gloves (160 boxes). XL framed US maps, XL framed world map, framed bird pictures, petty cash box, business checks, printer/toner cartridge, incubators (Grumbach), wireless (Net Gear), Brooders, Quickbook licenses all of which were repossessed by Jack Graham by use of an unofficial Temporary Restraining Order for which the $1 million Bond had not been posted The approximate value at the time of seizure was $30,019 17 | | $0 00 |
| 29  Machinery. fixtures, equipment, and supplies used in business | | The Debtor's machinery and equipment. various nest boxes, shavings, pallets. breeding cages. flight cages, heaters, AC units. water bowls, miscellaneous tools, disc mower. round baler, racks, etc  were seized by the lienholder, Jack Graham by use of an unofficial Temporary Restraining Order for which the $1 million Bond had not been posted | | $0 00 |
| | | All machinery, equipment and supplies used in the business have been seized by the Lienholder. Jack Graham by use of an unofficial Temporary Restraining Order for which the $1 million Bond had not been posted | | $0 00 |
| 30  Inventory | | All inventory has been seized by the Lienholder, Jack Graham by use of an unofficial Temporary Restraining Order for which the $1 million Bond had not been posted | | $0 00 |
| 31  Animals | X | | | |
| 32  Crops - growing or harvested Give particulars | X | | | |

B6B (Official Form 6B) (12/07) -- Cont

In re  **Rainbow Exotics, Inc.**

Case No   **15-43313-MXM-7**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No  5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33  Farming equipment and implements | X | | | |
| 34  Farm supplies, chemicals. and feed | X | | | |
| 35  Other personal property of any kind not already listed   Itemize | X | | | |

_____5_____ continuation sheets attached    **Total  >**    $372,878.51

(Include amounts from any continuation sheets attached   Report total also on Summary of Schedules )

B6D (Official Form 6D) (12/07)
In re  **Rainbow Exotics, Inc.**

Case No   <u>15-43313-MXM-7</u>
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Hamilton County Appraisal Dist.<br>119 E. Henry<br>Hamilton, TX 76531 | | DATE INCURRED: **2014/15**<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**BPP**<br>REMARKS:<br><br>VALUE: $0.00 | | | | Unknown | Unknown |
| ACCT #:<br><br>Jack Graham<br>4772 CR 105<br>Hamilton, TX 76531 | X | DATE INCURRED: **2014**<br>NATURE OF LIEN:<br>**UCC-1**<br>COLLATERAL:<br>**BPP**<br>REMARKS:<br><br>VALUE: $0.00 | X | X | X | Unknown | Unknown |
| | | | | | | | |
| | | | | | | | |

|  | | |
|---|---|---|
| Subtotal (Total of this Page) > | $0.00 | $0.00 |
| Total (Use only on last page) > | $0.00 | $0.00 |
| | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

<u>    No    </u> continuation sheets attached

B6E (Official Form 6E) (04/13)

In re **Rainbow Exotics, Inc.**                                   Case No      **15-43313-MXM-7**
                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse. former spouse. or child of the debtor. or the parent. legal guardian. or responsible relative of such a child. or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U S C § 507(a)(1)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief   11 U S C § 507(a)(3)

☑ **Wages, salaries, and commissions**
Wages. salaries. and commissions, including vacation. severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition. or the cessation of business. whichever occurred first, to the extent provided in 11 U S C § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition. or the cessation of business. whichever occurred first. to the extent provided in 11 U S C § 507(a)(5)

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6.150* per farmer or fisherman. against the debtor. as provided in 11 U S C § 507(a)(6)

☐ **Deposits by individuals**
Claims of individuals up to $2.775* for deposits for the purchase. lease or rental of property or services for personal. family. or household use. that were not delivered or provided   11 U S C § 507(a)(7)

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes. customs duties, and penalties owing to federal. state. and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC. RTC. Director of the Office of Thrift Supervision. Comptroller of the Currency. or Board of Governors of the Federal Reserve System. or their predecessors or successors. to maintain the capital of an insured depository institution   11 U S C § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol. a drug. or another substance   11 U S C § 507(a)(10)

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee. examiner. professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U S C §§ 326. 328. 329 and 330

* Amounts are subject to adjustment on 4/01/16. and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____7_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont

In re **Rainbow Exotics, Inc.**

Case No   15-43313-MXM-7

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Antonia Martinez Limon | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Antonio Reynoso<br>510 West Live Oak<br>Dublin, TX 76446 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Brenda Gonzales | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Crispin Gonzales<br>106 Ave A<br>Gustine, TX 76455 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Danny W Scheller<br>3181 Hwy 67/377 East ,<br>Dublin, TX 76446 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>David S Terrell<br>600 CR 423<br>Hamilton, TX 76531 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |

Sheet no ____1____ of ____7____ continuation sheets   Subtotals (Totals of this page) >   | $0.00 | $0.00 | $0.00 |

attached to Schedule of Creditors Holding Priority Claims   Total >

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont

In re  **Rainbow Exotics, Inc.**                                    Case No   **15-43313-MXM-7**
                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Dustin Thomison**<br>**2832 CR 301**<br>**Hamilton, TX 76531** | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Ernest L Mylorie**<br>**7681 FM 1476**<br>**Gustine, TX 76455** | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Felipe Gonzales**<br>**301 CR 359**<br>**Dublin, TX 76446** | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Gustavo Lopez**<br>**1004 CR 490**<br>**Stephenville, TX 76401** | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Gustavo R Soto**<br>**615 E White Street**<br>**Hamilton, TX 76531** | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Ines Escamilla**<br>**311 N Leon Street**<br>**Gustine, TX 76455** | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |

Sheet no ____2____ of ____7____ continuation sheets         Subtotals (Totals of this page) >   | $0.00 | $0.00 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims                Total >

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

                                                                         Totals >

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont

In re  **Rainbow Exotics, Inc.**

Case No   **15-43313-MXM-7**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #:<br>Jennifer Duran<br>3801 CR 434<br>Dublin, TX 76446 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Jesse Avila | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Jessica N Thomas<br>609 E Boynton Street<br>Hamilton, TX 76531 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Jim Daniels | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Jose Alfredo Gonzales<br>301 CR 359<br>Dublin, TX 76446 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Joshua H Terrell<br>604 W Coke<br>Hamilton, TX 76531 | | DATE INCURRED:<br>CONSIDERATION:<br>**Vacation pay**<br>REMARKS: | | | | Unknown | Unknown | Unknown |

Sheet no ___3___ of ___7___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  | $0.00 | $0.00 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont

In re  **Rainbow Exotics, Inc.**

Case No    15-43313-MXM-7
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: Karyna Duran 3801 CR 434 Dublin, TX 76446 | | DATE INCURRED: **August 9 - 15** CONSIDERATION: **Wages** REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #: Katherine Renken 1119 E. Coke Street Hamilton, TX 76531 | | DATE INCURRED: **August 9 - 15** CONSIDERATION: **Wages** REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #: Lucero | | DATE INCURRED: **August 9 - 15** CONSIDERATION: **Wages** REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #: Luis P Ledesma 1213 East Mill Ave Comanche, TX 76442 | | DATE INCURRED: **August 9 - 15** CONSIDERATION: **Wages** REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #: Ma Alicia Ramirez Vasquez 1101 North Lane Comanche, TX  76442 | | DATE INCURRED: **August 9 - 15** CONSIDERATION: **Wages** REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #: Maria Ledesma PO Box 683 Proctor, TX 76468 | | DATE INCURRED: **August 9 - 15** CONSIDERATION: **Wages** REMARKS: | | | | Unknown | Unknown | Unknown |

Sheet no    4    of    7    continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont

In re  **Rainbow Exotics, Inc.**                                    Case No    15-43313-MXM-7
                                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Martha P Ortiz<br>700 W Duncan<br>Comanche, TX 76442 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Mike McFarlin | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Nestor Reyes | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Pablo Sanchez<br>206 W Main Street<br>Gustine, TX 76455 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Patricio J Ortiz<br>700 W Duncan<br>Comanche, TX 76442 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>Paula | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |

Sheet no ___5___ of ___7___ continuation sheets       Subtotals (Totals of this page) >       | $0.00 | $0.00 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims                      Total >

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

                                                                                          Totals >

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont

In re  **Rainbow Exotics, Inc.**

Case No   **15-43313-MXM-7**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Richard S Mills**<br>606 E Gentry<br>Hamilton, TX 76531 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Rocio Trinidad Cortes**<br>801 N Page<br>Comanche, TX 76442 | | DATE INCURRED: **August 9 - 15**<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Rutilio Torquemada**<br>400 N Bryan<br>Comanche, TX 76442 | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| ACCT #:<br>**Sandra L Pritchard**<br>701 Meadow Lark<br>Hamilton, TX 76531 | | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Vacation pay**<br>REMARKS: | | | | Unknown | Unknown | Unknown |
| | | | | | | | | |
| | | | | | | | | |

Sheet no ____6____ of ____7____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  $0.00   $0.00   $0.00

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules )

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont

In re  **Rainbow Exotics, Inc.**

Case No   **15-43313-MXM-7**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Bryan Drew, DVM<br>5155 S. US Hwy 281<br>Hamilton, TX 76531 | | DATE INCURRED: **July and August, 2015**<br>CONSIDERATION:<br>**Wages & Vacation**<br>REMARKS: | | | | $3,772.00 | $3,772.00 | $0.00 |
| ACCT #:<br>I.R.S. Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>I.R.S. Special Procedures<br>Mail Code 5029 DAL<br>1100 Commerce Street<br>Dallas, TX 75242 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #: x-xx-xxxx268-1<br>Texas State Comptroller<br>Revenue Accounting Div/BK Section<br>PO Box 13528<br>Austin, TX 78711 | | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $3,854.34 | $3,854.34 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |

Sheet no ___7___ of ___7___ continuation sheets    Subtotals (Totals of this page) >

attached to Schedule of Creditors Holding Priority Claims                         Total >

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED |
|---|---|---|---|
| Subtotals | $7,626.34 | $7,626.34 | $0.00 |
| Total | $7,626.34 | | |
| Totals | | $7,626.34 | $0.00 |

B6G (Official Form 6G) (12/07)

In re  **Rainbow Exotics, Inc.**                                             Case No   **15-43313-MXM-7**
                                                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property   Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc   State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described   If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A B . a
minor child, by John Doe, guardian "  Do not disclose the child's name  See, 11 U S C  §112 and Fed  R  Bankr  P  1007(m)

☐  Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Airgas USA LLC** 302 Memorial Dr. Gatesville, TX 76528 | Lease of gas tanks Contract to be REJECTED Contract is in DEFAULT |
| **Jack Graham** 4772 CR 105 Hamilton, TX 76531 | Lease of non-residential real property located at 4472 CR 105, Hamilton, TX 76531. Contract to be REJECTED Contract is in DEFAULT |
| **Jack Graham** 4772 CR 105 Hamilton, TX 76531 | Lease of non-residential real property located at 414 CR 504, Hamilton, TX 76531 Contract to be REJECTED Contract is in DEFAULT |
| **Jack Graham** 4772 CR 105 Hamilton, TX 76531 | 635 N US Hwy 281, Hamilton, TX Contract to be REJECTED Contract is in DEFAULT |

B6H (Official Form 6H) (12/07)

In re **Rainbow Exotics, Inc.**                                    Case No   **15-43313-MXM-7**
                                                                           (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity. other than a spouse in a joint case. that is also liable on any debts listed by the debtor in the schedules of creditors  Include all guarantors and co-signers  If the debtor resides or resided in a community property state. commonwealth, or territory (including Alaska. Arizona. California, Idaho, Louisiana. Nevada. New Mexico. Puerto Rico, Texas, Washington. or Wisconsin) within the eight-year period immediately preceding the commencement of the case. identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth. or territory  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian. such as "A B , a minor child. by John Doe. guardian "  Do not disclose the child's name  See. 11 U S C  §112 and Fed  R  Bankr  P  1007(m)

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bryan Drew, DVM** | **Jack Graham**<br>4772 CR 105<br>Hamilton, TX 76531 |
| **Jennifer Rogers** | **Jack Graham**<br>4772 CR 105<br>Hamilton, TX 76531 |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re  **Rainbow Exotics, Inc.**

Case No   **15-43313-MXM-7**

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each   Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided   Add the amounts from Schedules A and B to determine the total amount of the debtor's assets   Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities   Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $372,878.51 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | $7,626.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $255,638.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 23 | $372,878.51 | $263,265.23 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  **Rainbow Exotics, Inc.**                                        Case No   <u>**15-43313-MXM-7**</u>
                                                                               (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *President* _____ of the _____ Corporation _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ **24** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief

(Total shown on summary page plus 1 )

Date <u>11/30/2015</u>                    Signature <u>*/s/ Bryan Drew*</u>
                                                 *Bryan Drew*
                                                 *President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both   18 U S C  §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE: §
§
**Rainbow Exotics, Inc.** §          Case No   **15-43313-MXM-7**
§
§
Debtor(s) §          Chapter    **7**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case  I have read the information provided in the petition, lists. statements. and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case

☐     *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
      I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7   I am aware that
      I may proceed under chapter 7, 11, 12, or 13 of title 11. United States Code, understand the relief available under each
      chapter. and choose to proceed under chapter 7

☑     *[Only include if petitioner is a corporation, partnership or limited liability company]* --
      I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and
      schedules on behalf of the debtor in this case

Date:   **11/30/2015**          **/s/ Bryan Drew_____**
                                **Bryan Drew**
                                **President**
                                **Complete EIN: 83-0407268_____**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s). if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code. and have explained the relief available under each such chapter

Date:   **11/30/2015**                    **/s/ Clayton L. Everett_____**
                                          Clayton L  Everett, Attorney for Debtor